THE STATE OF OHIO, APPELLANT, *v.* FREEMAN, APPELLEE.

[Cite as *State v. Freeman,* 124 Ohio St.3d 121, 2009-Ohio-6538.]

(No. 2009–1235—Submitted September 1, 2009—Decided December 17, 2009.)

{¶ 1} This matter is before the court upon the certification of a conflict by the Court of Appeals for the Seventh Appellate District. The court determines that a conflict exists.

{¶ 2} The certified question is answered by the court's opinion in *State v. Lester,* 123 Ohio St.3d 396, 2009-Ohio-4225, 916 N.E.2d 1038. The judgment of the court of appeals as to appellee's (appellant below) first assignment of error is reversed on the authority of *State v. Lester.*

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents.

Paul J. Gains, Mahoning County Prosecuting Attorney, and Ralph M. Rivera, Assistant Prosecuting Attorney, for appellant.

William A. Freeman, pro se.